UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Devin Dabronzo
Courtney Morrow

Case No.: 23-13854 MBK

Chapter: 13

Hearing Date: 07/12/2023

Judge: Kaplan

## CERTIFICATION OF SERVICE

1. I, Aubrey Domico:

    _____ represent the debtor in the above captioned matter.

    __X__ am the secretary / paralegal for ___Lee M. Perlman___, who represents the debtor(s) in the above captioned matter.

    _____ Am the _____ in the above captioned matter and am representing myself.

2. On ___06/15/2023___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ___Chapter 13 Plan___ .

3. I hereby certify under penalty of perjury that the above-listed documents were sent using the mode of service indicated.

Dated: 06/15/2023                                               /s/ Aubrey Domico

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo, Trustee<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br>American Express National Bank ,<br>c/o Becket and Lee LLP,<br>PO Box 3001,<br>Malvern PA 19355-0701<br><br>Amex ,<br>Correspondence/Bankruptcy,<br>Po Box 981540,<br>El Paso, TX 79998<br><br>BBVA ,<br>Attn: Bankruptcy,<br>5 South 20th St,<br>Birmingham, AL 35233<br><br>BBVA Compass ,<br>Attn: Bankruptcy,<br>P.O. Box 10566,<br>Birmingham, AL 35296<br><br>Barclays Bank Delaware ,<br>Attn: Bankruptcy,<br>Po Box 8801,<br>Wilmington, DE 19899<br><br>Capital One ,<br>Attn: Bankruptcy,<br>Po Box 30285,<br>Salt Lake City, UT 84130<br><br>Citibank ,<br>7920 NW 110th St,<br>Kansas City, MO 64153 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Citibank ,Citicorp Cr Srvs/Centralized Bankruptcy,<br>Po Box 790040,<br>St Louis, MO 63179<br><br>Comenity – Victoria Secret ,<br>PO Box 659728,<br>San Antonio, TX 78265<br><br>Comenity Bkl/Pier 1 ,<br>Attn: Bankruptcy Dept,<br>Po Box 182125,<br>Columbus, OH 43218<br><br>Credit Union of New Jersey ,<br>Attn: Bankruptcy,<br>Po Box 7921,<br>Ewing, NJ 08628<br><br>Digital Federal Credit Union ,<br>Attn: Bankruptcy,<br>Po Box 9130,<br>Marlborough, MA 01752<br><br>Internal Revenue Service ,<br>Centralized Insolvency Operations,<br>PO Box 7346,<br>Philadelphia, PA 19101-7346<br><br>JPMorgan Chase Bank, N.A.,<br>s/b/m/t Chase Bank USA, N.A.,<br>c/o National Bankruptcy Services, LLC,<br>P.O. Box 9013,<br>Addison, Texas 75001<br><br>Lane Morrow ,<br>202 Bromley Pl,<br>Robbinsville, NJ 08691<br><br>Nordstrom FSB ,<br>Attn: Bankruptcy,<br>Po Box 6555,<br>Englewood, CO 80155<br><br>PSE&G Bankruptcy Department ,<br>PO Box 490,<br>Cranford, NJ 07016<br><br>Pnc Mortgage ,<br>Attn: Bankruptcy, | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Po Box 8819,<br>Dayton, OH 45401<br><br>Sallie Mae, Inc,<br>Attn:  Bankruptcy,<br>Po Box 9500,<br>Wilkes Barre, PA 18773<br><br>State of New Jersey ,<br>PO Box 283,<br>Trenton, NJ 08602<br><br>Synchrony Bank ,<br>PO Box 960061,<br>Orlando, FL 32896<br><br>Synchrony/PayPal Credit ,<br>Attn: Bankruptcy,<br>Po Box 965060,<br>Orlando, FL 32896<br><br>Trenton Water Works ,<br>PO Box 528,<br>Trenton, NJ 08604<br><br>United States Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>PO Box 683<br>Washington, D.C. 20044<br><br>New Jersey Office of the Attorney General<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street, PO Box 112<br>Trenton, NJ 08625-0112<br><br>United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | | |
| | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.