Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 23−13854−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Devin J. Dabronzo | Courtney Marie Morrow |
| aka Devin James Dabronzo | 10 Moffatt Ave |
| 10 Moffatt Ave | Hamilton, NJ 08629 |
| Hamilton, NJ 08629 | |

Social Security No.:
  xxx−xx−5859                              xxx−xx−1358

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 19, 2023.

Dated: September 19, 2023
JAN: wiq

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                               Case No. 23-13854-MBK

Devin J. Dabronzo                                                                                                                Chapter 13

Courtney Marie Morrow

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Sep 19, 2023 | Form ID: plncf13 | Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Devin J. Dabronzo, Courtney Marie Morrow, 10 Moffatt Ave, Hamilton, NJ 08629-1426 |
| 519908846 | + | Comenity Bkl/Pier 1, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519908850 | + | Lane Morrow, 202 Bromley Pl, Robbinsville, NJ 08691-3000 |
| 519908860 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 519950971 | + | TRENTON WATER WORKS, /CITY OF TRENT, 319 EAST STATE ST., ROOM 113, TRENTON, NJ 08608-1809 |
| 519908863 | + | Trenton Water Works, PO Box 528, Trenton, NJ 08604-0528 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 19 2023 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 19 2023 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519942473 | | Email/PDF: bncnotices@becket-lee.com | Sep 19 2023 22:04:33 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519908835 | + | Email/PDF: bncnotices@becket-lee.com | Sep 19 2023 21:51:51 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519908836 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 19 2023 21:32:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519908844 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2023 21:51:12 | Citibank, 7920 NW 110th St, Kansas City, MO 64153 |
| 519908847 | | Email/Text: bankruptcy@cunj.org | Sep 19 2023 21:32:00 | Credit Union of New Jersey, Attn: Bankruptcy, Po Box 7921, Ewing, NJ 08628 |
| 519908839 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2023 21:51:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519908842 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2023 21:51:27 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 519908845 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2023 21:32:00 | Comenity - Victoria's Secret, PO Box 659728, San Antonio, TX 78265 |
| 519908848 | | Email/Text: bankruptcy@dcu.org | Sep 19 2023 21:33:00 | Digital Federal Credit Union, Attn: Bankruptcy, Po Box 9130, Marlborough, MA 01752 |
| 519908849 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 19 2023 21:32:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Sep 19, 2023 | Form ID: plncf13 | Total Noticed: 36

| Recip ID | | Notice Type | Date Sent | Recipient |
|---|---|---|---|---|
| 519969754 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 19 2023 21:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519908840 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 19 2023 22:16:09 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519930896 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 19 2023 21:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519948839 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2023 21:51:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519969632 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 19 2023 21:33:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519908851 | + | Email/Text: bnc@nordstrom.com | Sep 19 2023 21:32:36 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 519968153 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 19 2023 21:31:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519952176 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 19 2023 21:31:00 | PNC Bank, N.A., Attn: Bankruptcy Dept. 3232 Newmark Driv, Miamisburg OH 45342 |
| 519908852 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 19 2023 21:31:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519908837 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 19 2023 21:31:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 519908838 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 19 2023 21:31:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 519948025 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 19 2023 21:51:09 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519908853 | + | Email/Text: bankruptcy@pseg.com | Sep 19 2023 21:31:00 | PSE&G Bankruptcy Department, PO Box 490, Cranford, NJ 07016-0490 |
| 519963579 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2023 21:32:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519908854 | + | Email/PDF: pa_dc_claims@navient.com | Sep 19 2023 21:51:57 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519908861 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 19 2023 21:51:56 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 519908862 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 19 2023 22:16:25 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519959289 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 19 2023 21:51:52 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519908843 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 519908841 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519908855 | *+ | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519908856 | *+ | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519908857 | *+ | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519908858 | *+ | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519908859 | *+ | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Sep 19, 2023 | Form ID: plncf13 | Total Noticed: 36

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Joint Debtor Courtney Marie Morrow ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor Devin J. Dabronzo ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5