Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2024 to 12/31/2024

**Chapter 13 Case No. 23-13854 / MBK**

Devin J. Dabronzo
Courtney Marie Morrow

Petition Filed Date: 05/04/2023
341 Hearing Date: 06/08/2023
Confirmation Date: 09/13/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2024 | $2,110.00 | | 02/28/2024 | $2,110.00 | | 03/26/2024 | $2,110.00 | |
| 04/22/2024 | $2,110.00 | | 06/03/2024 | $2,110.00 | | 07/01/2024 | $2,110.00 | |
| 07/29/2024 | $2,110.00 | | 09/03/2024 | $2,110.00 | | 09/30/2024 | $2,110.00 | |
| 11/01/2024 | $2,110.00 | | 12/03/2024 | $2,110.00 | | 12/31/2024 | $2,110.00 | |

**Total Receipts for the Period: $25,320.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $39,760.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Devin J. Dabronzo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Lee M. Perlman, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,300.00 | $3,300.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2020-2022 | Priority Creditors | $17,907.17 | $17,907.17 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $3,723.75 | $312.24 | $3,411.51 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $4,563.65 | $382.65 | $4,181.00 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $2,751.90 | $230.74 | $2,521.16 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS/FRONTIER AIRLINES | Unsecured Creditors | $2,674.03 | $224.21 | $2,449.82 |
| 6 | LVNV FUNDING LLC<br>»» SYNCHRONY/TJX | Unsecured Creditors | $1,326.35 | $111.22 | $1,215.13 |
| 7 | TRENTON WATER WORKS<br>»» WATER | Unsecured Creditors | $1,416.24 | $118.76 | $1,297.48 |
| 8 | PNC BANK, NA<br>»» P/10 MOFFATT AVE/1ST MTG/ORDER 9/1/23 | Mortgage Arrears | $1,393.24 | $1,393.24 | $0.00 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $100.33 | $0.00 | $100.33 |
| 10 | Verizon by American InfoSource as Agent | Unsecured Creditors | $84.85 | $0.00 | $84.85 |
| 11 | Verizon by American InfoSource as Agent | Unsecured Creditors | $220.13 | $18.46 | $201.67 |
| 12 | QUANTUM3 GROUP LLC AS AGENT<br>»» VICTORIAS SECRET UPLCC | Unsecured Creditors | $1,229.85 | $103.13 | $1,126.72 |
| 13 | QUANTUM3 GROUP LLC AS AGENT<br>»» PIER 1 IMPORTS | Unsecured Creditors | $967.51 | $81.13 | $886.38 |
| 14 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $5,184.28 | $434.69 | $4,749.59 |

**Chapter 13 Case No. 23-13854 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $1,411.04 | $118.32 | $1,292.72 |
| 16 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $3,236.15 | $271.34 | $2,964.81 |
| 17 | PNC Bank, N.A. | Unsecured Creditors | $28,689.69 | $2,405.70 | $26,283.99 |
| 18 | PNC Bank, N.A. | Unsecured Creditors | $33,503.38 | $2,809.35 | $30,694.03 |
| 19 | Digital Federal Credit Union<br>»» 2008 ACURA RDX | Debt Secured by Vehicle | $2,125.80 | $2,125.80 | $0.00 |
| 20 | NORDSTROM, INC.<br>»» TD BANK | Unsecured Creditors | $5,487.82 | $460.16 | $5,027.66 |
| 21 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/PAYPAL CREDIT | Unsecured Creditors | $3,687.52 | $309.20 | $3,378.32 |
| 22 | Public Service Electric & Gas | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $39,760.00 | Plan Balance: | $84,232.00 ** |
| Paid to Claims: | $33,117.51 | Current Monthly Payment: | $2,107.00 |
| Paid to Trustee: | $2,765.66 | Arrearages: | ($48.00) |
| Funds on Hand: | $3,876.83 | Total Plan Base: | $123,992.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**