Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 23-13854 / MBK**

Devin J. Dabronzo
Courtney Marie Morrow

Petition Filed Date: 05/04/2023
341 Hearing Date: 06/08/2023
Confirmation Date: 09/13/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2025 | $2,110.00 | | 03/12/2025 | $2,110.00 | | 03/28/2025 | $2,110.00 | |
| 05/02/2025 | $2,110.00 | | 06/03/2025 | $2,110.00 | | 07/01/2025 | $2,110.00 | |
| 07/31/2025 | $2,110.00 | | 08/27/2025 | $2,110.00 | | 10/06/2025 | $2,110.00 | |
| 11/05/2025 | $2,110.00 | | 12/04/2025 | $2,110.00 | | 01/06/2026 | $2,110.00 | |
| 02/04/2026 | $2,110.00 | | | | | | | |

**Total Receipts for the Period: $27,430.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $67,190.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Devin J. Dabronzo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Lee M. Perlman, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,300.00 | $3,300.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2020-2022 | Priority Crediors | $17,907.17 | $17,907.17 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $3,723.75 | $1,247.03 | $2,476.72 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $4,563.65 | $1,528.29 | $3,035.36 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $2,751.90 | $921.57 | $1,830.33 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS/FRONTIER AIRLINES | Unsecured Creditors | $2,674.03 | $895.49 | $1,778.54 |
| 6 | LVNV FUNDING LLC<br>»» SYNCHRONY/TJX | Unsecured Creditors | $1,326.35 | $444.17 | $882.18 |
| 7 | TRENTON WATER WORKS<br>»» WATER | Unsecured Creditors | $1,416.24 | $474.28 | $941.96 |
| 8 | PNC BANK, NA<br>»» 10 MOFFATT AVE/1ST MTG/ORDER 9/1/23 | Mortgage Arrears | $1,393.24 | $1,393.24 | $0.00 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $100.33 | $33.60 | $66.73 |
| 10 | Verizon by American InfoSource as Agent | Unsecured Creditors | $84.85 | $15.29 | $69.56 |
| 11 | Verizon by American InfoSource as Agent | Unsecured Creditors | $220.13 | $73.72 | $146.41 |
| 12 | QUANTUM3 GROUP LLC AS AGENT<br>»» VICTORIAS SECRET UPLCC | Unsecured Creditors | $1,229.85 | $411.85 | $818.00 |
| 13 | QUANTUM3 GROUP LLC AS AGENT<br>»» PIER 1 IMPORTS | Unsecured Creditors | $967.51 | $324.00 | $643.51 |

**Chapter 13 Case No. 23-13854 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $5,184.28 | $1,736.12 | $3,448.16 |
| 15 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $1,411.04 | $472.53 | $938.51 |
| 16 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $3,236.15 | $1,083.74 | $2,152.41 |
| 17 | PNC Bank, N.A. | Unsecured Creditors | $28,689.69 | $9,607.70 | $19,081.99 |
| 18 | PNC Bank, N.A. | Unsecured Creditors | $33,503.38 | $11,219.73 | $22,283.65 |
| 19 | Digital Federal Credit Union<br>»» 2008 ACURA RDX | Debt Secured by Vehicle | $2,125.80 | $2,125.80 | $0.00 |
| 20 | NORDSTROM, INC.<br>»» TD BANK | Unsecured Creditors | $5,487.82 | $1,837.78 | $3,650.04 |
| 21 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/PAYPAL CREDIT | Unsecured Creditors | $3,687.52 | $1,234.89 | $2,452.63 |
| 22 | Public Service Electric & Gas | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $67,190.00 | Plan Balance: | $56,802.00 ** |
| Paid to Claims: | $58,287.99 | Current Monthly Payment: | $2,107.00 |
| Paid to Trustee: | $4,981.16 | Arrearages: | ($87.00) |
| Funds on Hand: | $3,920.85 | Total Plan Base: | $123,992.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**